## 2017 ND 114

**Paul Elliot BURESH, Petitioner and Appellant**

v.

**STATE of North Dakota, Respondent and Appellee**

**No. 20160378**

Supreme Court of North Dakota.

Filed 5/16/2017

Scott O. Diamond, Fargo, N.D., for petitioner and appellant; submitted on brief.

Barbara L. Whelan, Grafton, N.D., for respondent and appellee; submitted on brief.

Per Curiam.

[¶ 1] Paul Buresh appeals a district court's order denying his application for post-conviction relief. Buresh argues he was entitled to post-conviction relief because he received ineffective assistance of counsel prior to entering his guilty plea. We summarily affirm under N.D.R.App.P. 35.1(a)(2), concluding the district court did not err in dismissing Buresh's application for post-conviction relief.

[¶ 2] Gerald W. VandeWalle, C.J.

Lisa Fair McEvers

Daniel J. Crothers

Jerod E. Tufte

Carol Ronning Kapsner

## 2017 ND 129

**STATE of North Dakota, Plaintiff and Appellee**

v.

**Michael Keondre SMITH, Defendant and Appellant**

**No. 20170022**

Supreme Court of North Dakota.

Filed 6/7/2017

Marina Spahr, Burleigh County Assistant State's Attorney, Bismarck, ND, for plaintiff and appellee (on brief).

Scott O. Diamond, Fargo, ND, for defendant and appellant (on brief).

Per Curiam.

[¶ 1] Michael Smith appeals from a criminal judgment entered after the district court found him guilty of aggravated assault—domestic violence. Smith argues the evidence was insufficient and not sufficiently credible to support the conviction of aggravated assault—domestic violence. We summarily affirm under N.D.R.App.P. 35.1(a)(3), concluding sufficient evidence supports the district court's conviction.

[¶ 2] Gerald W. VandeWalle, C.J.

Daniel J. Crothers

Lisa Fair McEvers

Carol Ronning Kapsner

Jerod E. Tufte